05-168 Erie

## CERTIFICATE OF SERVICE

I, WILLIAM ALSTON, do hereby affirm, certify & declare under the penalty of perjury, 28 U.S.C. § 1746, that I have deposited a true and correct copy of the foregoing Civil Complaint "William Alston v. Debrah Forsyth, et al.," bearing sufficient first class pre-paid postage into the FCC Petersburg Legal U.S. Mail System, addressed to: **United States Attorney General, Alberto Gonzalez, 950 Pennsylvania Ave., N.W., Washington, DC 20530**, on this 6th day of April, 2006.

/s/ William Alston
William Alston
# 07237-016
FCC Petersburg (Low)
P.O. Box 1000
Petersburg, VA 23804-1000

FILED
'06 APR 10 PM 2:27
CLERK
U.S. DISTRICT COURT