William Alston #07273-016
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

RICHMOND VA 232
06 APR 2006 PM 6 L

Clerk's Office
U.S. DISTRICT COURT, ERIE
P.O. Box 1820
Erie, PA 16501

RECEIVED
APR 10 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA