CA 05-168E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM ALSTON
    Plaintiff

  v.

DEBORAH FORSYTH, et. al.,
    Defendants

MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff William Alston, pursuant to §1915, requests this Court appoint counsel to represent him in this case for the following reasons:

1. The Plaintiff is unable to afford counsel.

2. The issues involved in this case are complex to plaintiff.

3. The plaintiff no longer has access to key witnesses.

4. The plaintiff has a limited knowledge of the law.

5-24-05
Date

William Alston
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

FILED
'06 APR 10 P12:15
CLERK
U.S. DISTRICT COURT

IN THE U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM ALSTON, Plaintiff

v.

DEBORAH FORSYTH, et. al., Defendants

FILED
'06 APR 10 P12:15
CLERK
U.S. DISTRICT COURT

AFFIDAVIT IN SUPPORT OF THE PLAINTIFF'S MOTION
FOR THE APPOINTMENT OF COUNSEL

WILLIAM ALSTON, being duly sworn, desposes and says:

1. I am the plaintiff in the above entitled case. I make this affidavit in support of my motion for the appointment of counsel.

2. The complaint in this case alleges that the the staff at Federal Correctional Institution McKean, Bradford, PA knowingly exposed plaintiff to hazardous substance/material by knowingly allowing unsafe working conditions. These conditions caused him to suffer signficant injuries and also placed plaintiff's future health at risk.

3. The Plaintiff is unable to afford counsel.

4. Plaintiff expects the facts to be strongly disputed by the defendants.

5. Plaintiff has demanded a jury trial.

6. Plaintiff has limited to no knowledge of the law.

7. Plaintiff prepared this complaint with the help of a jail house lawyer.

8. Plaintiff's case will require depositions of witnesses that he can not get to.

9. These facts along with the legal merits of Plaintiff's claims, support the appointment of counsel.

WHEREFORE, the plaintiff's motion for the appointment of counsel should be granted

Sworn to before me this
24th day of May 2005

Notary Public

MY COMMISSION EXPIRES
29 FEBRUARY 2008

William Alston

Dear Clerk,
  Please file these Motion for Appointment of Counsel in relation to

  William Alston
           Plaintiff
       v
  Deborah Forsyth, et. al.,
           Defendants

**RECEIVED**

**APR 1 0 2006**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Thanking You in Advance

William Alston
#07273-016