Ma
FCC Petersburg (Low)
PO Box 1000
Petersburg, VA 23804

16

Clerk of The Court
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, Pennsylvania 16501



APR 07 2006



RECEIVED

APR 10 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA