```
                    William Alston
                     #07273-016
                  FCC Petersburg (Low)
                     P.O. Box 1000
              Petersburg, VA  23804-1000
```

March 30, 2006

Clerk of the Court
U.S. District Court
Western Dist. of Pennsylvania
17 South Park Row, RM A280
Erie, PA  16501

    RE:  C.A. No. 05-168 Erie, William Alston v. Debray Forsyth, et al.

Dear Clerk:

Enclosed, please find an original copy of my "Civil Rights Complaint" to be filed. Also, I have enclosed an extra cover page to be stamped "FILED" and returned to me in the SASE I have provided herewith.

As to the required filing fees, please take notice that I am a pro se litigant, currently incarcerated at FCC Petersburg (Low). I have made arrangements with the institution to deduct the $250.00 filing fee from my inmate account to be forwarded to your office, (See Copy of Form BP-199.05, attached hereto), approving withdrawal of funds. Inasmuch, I would like to inform this court that it takes approximately two to three weeks for the U.S. Department of Treasury to issue checks drawn from inmate personal funds accounts. Once the funds have been withdraw and the Dept. of Treasury issue the check, the Treasury will forward the check to your office.

If you have any questions, please feel free to contact me by writing me at the above address.

Thank you in advance for your kind and sincere assistance.

Very truly,

*William Alston*
William Alston

encl:

**RECEIVED**

**APR 1 8 2006**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA