William Alston #07273-016
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804



"LEGAL MAIL"

FIRST CLASS

7002 0460 0004 4368 9800

Clerk of Court
U.S. District Court Erie
P.O. Box 1820
Erie, PA 16501

RECEIVED

APR 18 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

