**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM HARRISON ALSTON, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 05-168 ERIE |
| | ) | District Judge McLaughlin |
| DEBRA FORSYTH, et al., | ) | Magistrate Judge Baxter |
| Defendants. | ) | |

**ORDER**

_____On April 10, 2006, Plaintiff filed a motion to appoint counsel [Document # 8]; however, an Order dismissing this case was entered by District Judge Sean J. McLaughlin on August 15, 2005, and this case has been closed.

AND NOW, this 26th day of April, 2006;

IT IS HEREBY ORDERED that Plaintiff's motion to appoint counsel [Document # 8] is DISMISSED as moot.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge