IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HARRISON ALSTON,<br>    Plaintiff,<br><br>vs<br><br>DEBRA FORSYTH, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 05-168 ERIE<br>)  **District Judge McLaughlin**<br>)  **Magistrate Judge Baxter**<br>)<br>) |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiff WILLIAM HARRISON ALSTON, proceeding by and in pro se, respectfully appeals to the U.S. District Judge, pursuant to Local Rule 72.1.3.B., for an appealable decision and final order entered by U.S. Magistrate Judge Baxter, dismissing Plaintiff's motion for appointment of counsel, on April 26, 2006.

                        Respectfully submitted,



/s/ _____
William Harrison Alston
#07273-016
FCI Petersburg Low
P.O. Box 1000
Petersburg, VA  23804-1000

Executed on this 3rd day of May, 2006.

### CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I have placed a true and correct copy of the foregoing in the Institutional U.S. Mail System, with sufficient first class prepaid postage affixed and addressed to: Clerk of the Court, U.S. District Court Western District of Pennsylvania, 17 South Park Row, Room A280, Erie, PA 16501, on this 3rd day of May, 2006, in compliance with 28 U.S.C. § 1746.

                        /s/ _____
                            William Harrision Alston
                            Plaintiff/Appellant

William H. Alston
#07273-016
FCI Petersburg Low
P.O. Box 1000
Petersburg, VA  23804-1000

---

May 3, 2006


Clerk of the Court
U.S. District Court For the
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA  16501

    RE:  C.A. No. 05-168-ERIE, William H.Alston  v. Debra Forsyth, et al,

Dear Clerk:

Enclosed, please find an original and two copies of my pro se "Notice of Appeal" to be filed.  I have also enclosed an extra copy to be stamped "FILED" and returned to me, in the SASE I have provided herewith.

Also, I would respectfully requests this Honorable Office to provide me copies of any local rules regarding the filing of pro se civil proceedings.

Thank you in advance for your kind and sincere assistance.


Very truly,

*[signature]*
William H. Alston



encl:

RECEIVED
MAY 0 8 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

William A. Alston
#07273-016
FCI Petersburg Low
P.O. Box 1000
Petersburg, VA 23904-1000

"LEGAL MAIL"

CERTIFIED MAIL
7002 0860 0004 4369 1071

Clerk of the Court
U.S. District Court
Western District of Pennsylvania
17 South Park Row, RM A280
Erie, PA 16504

160507

RECEIVED
MAY 0 8 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA