William H. Alston, #07273-016
FCI Petersburg Low
P.O. Box 1000
Petersburg, VA 23804-1000

"LEGAL MAIL"

Clerk of the Court
U.S. District Court for the
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA 16507

RECEIVED

MAY 11 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA