**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 06-2618</u>

Alston

vs.

Forsyth, et al.

William Harrison Alston, Appellant

(Western District of Pennsylvania Civil No. 05-cv-00168E)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: June 29, 2006

cc:
    Mr. William Harrison Alston
    Laura S. Irwin, Esq.

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk