OFFICE OF THE CLERK

**MARCIA M. WALDRON**  **UNITED STATES COURT OF APPEALS**   TELEPHONE
CLERK                    FOR THE THIRD CIRCUIT                         215-597-2995
                         21400 UNITED STATES COURTHOUSE
                         601 MARKET STREET
                         PHILADELPHIA 19106-1790

__Western Dist. Of PA__ Clerk of District Court       Date __6/29/06__
  (District)

Alston v. Forsyth, et al                              C. of A. No. __06-2618__
  (Caption)

05-cv-00168E
  (D.C. No.)

William Harrison Alston
  (Appellant)

**RECEIVED**

**JUL 0 5 2006**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Enclosures:

_____ Certified copy of C. of A. Order by the Court/Clerk
       (Date)

__***__ Record **(Partial Documents 1-4)**

_____ Released (Record) (Supplemental Record - First - Second - Third)

__***__ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)__
_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____
       is recalled.

                                            _____Tina Koperna_____
                                            (267)-299-__4930__
                                            Case Manager