IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HARRISON ALSTON,         )<br>          Plaintiff                                    )<br>                                                       )<br>Vs.                                                  )<br>                                                       )<br>DEBRA FORSYTH, et al.,                 )<br>          Defendants                            ) | Civil Action No. 05-168 E |

### **O R D E R**

AND NOW, to wit, this 22ND day of August, 2006, upon consideration of the Plaintiff's Motions to Vacate Judgment and Reinstate Civil Rights Action (Doc. No. 13)

IT IS HEREBY ORDERED that said motion be and hereby is DENIED.

    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: all parties of record. nk