IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM H. ALSTON,
    Plaintiff,

vs                        Civil Action No. 05-168E

DEBRA FORSYTH, et. al.,
    Defendants

FILED
'06 SEP -8 A10:26
CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

    Notice is hereby given that the Plaintiff, William Harrison Alston, proceeding by and in pro se, respectfully appeals to the Third Circuit Court of Appeals from this Honorable Court's final and appealable decision and order, entered in the above cited Civil Action Number, on August 22, 2006. (See Order of August 22, 2006, attached hereto as Exhibit "A").

                                        Respectfully submitted

                            /s/ *William H. Alston*
                            William H. Alston

Executed on this 3rd day of    #07273-016
September 2006.                  FCI Petersburg Low
                                     P.O. Box 1000
                                     Petersburg, VA 23804-1000

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I have placed a true and correct copy of the foregoing in the Institutional Inmate U.S. Legal Mail System with sufficient first class prepaid postage affixed and addressed to the following: Clerk, U.S. District Court For the Western Dist. of Penn., U.S. Courthouse, RM A250, 17 South Park Row, Erie, PA 16501, on this 3rd day of September 2006.

                            /s/ *William H. Alston*
                            William H. Alston
                            Plaintiff, Pro Se

```
              William H. Alston
                  #07273-016
              FCC Petersburg Low
                P.O. Box 1000
            Petersburg, VA  23804-1000
```
---

September 4, 2006

Clerk of the Court
U.S. District Court For
The Western Dist. PA
U.S. Courthouse, RM A250
17 South Park Row
Erie, PA 16501

    Re:  05-168E, William H. Alston v. Debra Forsyth, et. al.,

Dear Clerk:

    Enclosed, please find an original and two copies of my pro se "Notice of Appeal" to the Third Circuit Court of Appeals, to be filed. I have also enclosed an extra copy to be stamped "FILED" and returned to me in the SASE I have provided herewith.

    Thank you kindly for your sincere assistance.

                                      Very truly,

                                      William H. Alston

encl: