William H. Alston
#07273-016
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804-1000

RICHMOND VA 232
08 SEP 2006 PM 8 L

Clerk of the Court
U.S. District Court For the
Western District of Pennsylvania
U.S. Courthouse, RM A250
17 South Park Row
Erie, PA 16501

CLEARED X-RAY SCREENING

RECEIVED
SEP - 8 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

