```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

    # 07000015 - DM
    October 16, 2006

    Code    Case #    Qty        Amount

    APPEAL D 05-168    1 @ 455.00
                              455.00 DM


    TOTAL →            455.00



    FROM: DEPT OF JUSTICE, BOP FOR:
          WILLIAM ALSTON
```

appeal filing fee
rcpt # 07-015

CA 05-168 E
$455.00