RECEIVED

DEC 1 4 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

7002 0860 0004 4368 6787

am H. Alston
73-016
etersburg Low
Box 1000
sburg, VA 23804-1000

Clerk's Office
United States District Court
PO Box 1820
Erie Pennsylvania 16507