UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-4026

Alston v. Forsyth

To:  Clerk

1)  Motion by Appellant to Stay Appeal Pending Disposition of Motion to Reopen by District Court

    The foregoing motion is granted.  The appeal shall be stayed pending disposition of the above-referenced motion by the District Court.  The parties shall advise the Clerk's Office immediately upon filing the District Court's Order.  Appellant's brief and appendix shall be filed and served within 40 days of the date of entry of the District Court's Order unless Appellant withdraws the appeal.



A True Copy:
Marcia M. Waldron, Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: February 2, 2007
SLC/dmm/cc: Mr. William Harrison Alston