IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HARRISON ALSTON, )<br>    Plaintiff, )<br>  )<br>Vs. )<br>  )<br>DEBRA FORSYTH, et al., )<br>    Defendants. ) | Civil Action No. 05-168 Erie |

**O R D E R**

AND NOW, to wit, this 20th day of March, 2007,

IT IS HEREBY ORDERED that the Plaintiff's Motion to Reinstate Action (Document No. 20) is GRANTED

    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: all parties of record. nk