IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM HARRISON ALSTON
   Plaintiff

   vs                                C.A. No. 05-168 ERIE

DEBRA FORSYTH, et al.,
   Respondents

## Motion to Appeal Filing Fee Amount

Comes Now the Plaintiff, William Harrison Alston, in propia personam, sui juris acting as his own Counsel, pursuant to the Rules of Civil Procedure, and files this motion to Lower filing fee from 350.00 to 250.00

In Support thereof the Plaintiff states as follows:

1. The original filing fee on this Civil Action was 250.00
2. Plaintiffs motion to Reinstate action was granted, this is not a new filing that would fall under the new increased filing fee.

                                    Respectfully Submitted

                                    William Harrison Alston
                                    # 07273-016
                                    FCC Petersburg (Low)
                                    Petersburg, VA 23804-1000

CC Laura S. Irwin, Esq
   File