Mr William H. Alston #07273-016
FCC Petersburg (Low)
P.O. Box 1000
Petersburg, Va 23804-1000

RICHMOND VA 232
03 APR 2007 PM 2 T

Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA. 16501

RECEIVED

APR 10 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA