Mr William H. Alston #07273-016
FCC Petersburg (Low)
PO Box 1000
Petersburg, VA 23804

RECEIVED
APR 20 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RICHMOND VA 232
18 APR 2007 PM 2 T

US District Court
Clerk's Office
17 South Park Row
Erie, Pennsylvania 16501

RECEIVED
APR 20 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA