OFFICE OF THE CLERK
**MARCIA M. WALDRON**  **UNITED STATES COURT OF APPEALS**   TELEPHONE
CLERK                   FOR THE THIRD CIRCUIT                 215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Erie_____ Clerk of District Court       Date _April 18, 2007_____
   (District)

Alston v. Turner_____         C. of A. No. _06-4026_____
   (Caption)

William Alston_____
   (Appellant)

05-cv-00168_____
   (D.C. No.)

Enclosures:

_____Certified copy of

*___XX_____  **Record returned.**

*_____ Supplemental Record

*_____ Exhibits

*_____ State Court Record

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
           is recalled.

                        ___Shannon L. Craven_____   (267)-299-_4959_____
                             Deputy Clerk              Telephone Number
                        *_Roberto Mattos____ (267)-299-_4910_____
                             Record Processor    Telephone Number
Receipt Acknowledge:

_____
   (Name)
_____
   (Date)
Rev. 3/13/00
Appeals (Record)

**RECEIVED**

APR 20 2007

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA