RE: Alston v Forsyth   C.A. no. 05-168 ERIE

5/7/07

Dear Clerk,

On April 30th 2007 I recieved confirmation that my motion to have my filing fee lowered from 350.00 to 250.00 had been granted.

That same day 4/30/07 I submitted a money withdrawal for with my unit team for the full 250.00 these funds have yet to be taken from my account.

My reason for writing the Court is to inform you I have done everything within my power to comply with the Courts order, which directs me to have the filing fee paid by May 7th 2007


'07 MAY 14 A10:42
CLERK
U.S. DISTRICT COURT

Respectfully

William H. Alston
#07213-016

Mr William Alston #07373-016
FCC Petersburg (Low)
PO Box 1000
Petersburg, VA 23804

RICHMOND VA 232
10 MAY 2007 PM 5 T

Clerks Office
United States District Court
PO Box 1820
Erie Pennsylvania 16507