FILED
'07 MAY 25 AM 11:49
CLERK
U.S. DISTRICT COURT

1:05-CV-168

filing fee
receipt # 07-365

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000365 - SP
May 25, 2007

| Code | Case # | Qty | Amount |
|---|---|---|---|
| CIVIL FI 05-168E | | 1 @ | 250.00 |
| | | | 250.00 CH |

TOTAL→        250.00

FROM: U.S. TREASURY FOR W. ALSTON