**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William Alston | 05-168 ERIE |
| DEFENDANT | TYPE OF PROCESS |
| Debra Forsyth | Civil Suit |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Debra Forsyth
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
FCI Jessup 2600 Hwy. 310 S. Jessup GA 31599

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William Alston #07273-016
FCC Petersburg (Low)
PO Box 1000
Petersburg, VA 23804

| | |
|---|---|
| Number of process to be served with this Form 285 | ONE |
| Number of parties to be served in this case | SIX |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
/s/ William Alston
TELEPHONE NUMBER:
DATE: 7/14/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 6 | No. 68 | No. 68 | /s/ Shirley A. H. | 4/18/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: JUL 09 2007   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | 8.00 owed |

REMARKS: Mailed Cert. 9846 1435 5243 JUN 28 2007

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

|  |  |
|---|---|
| 7160 3901 9846 1435 8263 | A. Received by (Please Print Clearly)  B. Date of Delivery  Hollensworth  7/2/07<br>C. Signature  X ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 3. Service Type  CERTIFIED MAIL | |
| 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 1. Article Addressed to:<br>Debra Forsyth<br>FCI Jessup<br>2600 HWY 310 S.<br>Jessup, Ga.  31599<br><br>5-168E, Of/06/28/07.arb | |

PS Form 3811, January 2005                    Domestic Return Receipt