U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF: William Alston | COURT CASE NUMBER: 05-168 ERIE |
| DEFENDANT: Debra Forsyth, et. al | TYPE OF PROCESS: Civil Suit |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Mary Beth Buchanan US Attorney
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 700 Grant Street Suite 400 Pittsburg PA. 15219

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William Alston #07273-016
FCC Petersburg (Low)
PO Box 1000
Petersburg, VA 23804

Number of process to be served with this Form 285: ONE
Number of parties to be served in this case: SIX
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
William Alston
DATE: 7/14/07

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 6 | No. 68 | No. 68 | SAM | 6/18/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):

Date: JUL 11 2007   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | 8.00 |

REMARKS: Mailed cert 9846 1435 8300 JUN 28 2007

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| | |
|---|---|
| 2. Article Number<br><br>7160 3901 9846 1435 8300<br><br>3. Service Type  CERTIFIED MAIL<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes<br>1. Article Addressed to:<br>Mary Beth Buchanan<br>U.S. Attorney<br>700 Grant Street<br>Suite 400<br>Pittsburgh, Pa.  15219<br><br>5-168m,O/P,6/28/07.srb | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly)   B. Date of Delivery<br>C.A. Marini<br>C. Signature<br>X _____  ☐ Agent<br>                          ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:      ☐ No |

PS Form 3811, January 2005                              Domestic Return Receipt