UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ALSTON, | |
| Plaintiff, | CIVIL ACTION NO. 05-168E |
| v. | JUDGE McLAUGHLIN<br>MAGISTRATE JUDGE BAXTER |
| DEBRA FORSYTH, ET AL., | *(Electronic Filing)* |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(b)(6)

AND NOW, come Defendants, by and through their attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Michael C. Colville, Assistant United States Attorney for said district, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court to issue an Order dismissing the Complaint of Plaintiff, William Alston, in favor of Defendants.

A Memorandum of Law in support of this Motion, together with exhibits, is being filed simultaneously herewith and the contents therein incorporated by reference.

WHEREFORE, Defendants respectfully request that this Court issue an Order dismissing the Complaint of Plaintiff, William Alston, in favor of the Defendants.

        Respectfully submitted,

        MARY BETH BUCHANAN
        United States Attorney

        /s/ Michael C. Colville
        MICHAEL C. COLVILLE
        Assistant U.S. Attorney
        Western District of PA
        U.S. Post Office & Courthouse
        700 Grant Street, Suite 4000
        Pittsburgh, PA 15219
        (412) 894-7337
        PA ID No. 56668

OF COUNSEL:

Douglas S. Goldring
Assistant General Counsel
Federal Prison Industries (UNICOR)
400 First Street, NW, 8th Floor
Washington, DC 20534

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2007, a true and correct copy of the within **DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(b)(6)** has been served either by electronic means and/or first-class mail upon the following:

William Harrison Alston
Reg. No. 07273-016
FCI Petersburg
P.O. Box 1000
Petersburg, VA  23804

/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney