UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ALSTON, | |
| Plaintiff, | CIVIL ACTION NO. 05-168E |
| v. | JUDGE McLAUGHLIN<br>MAGISTRATE JUDGE BAXTER |
| DEBRA FORSYTH, ET AL., | *(Electronic Filing)* |
| Defendants. | |

**O R D E R**

AND NOW, to wit, this _____ day of _____, 2007, upon consideration of the Motion to Dismiss heretofore filed by Defendants, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Complaint heretofore filed by Plaintiff is hereby dismissed, with prejudice.

_____
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record