William Harrison Alston
Reg. No. 07273-016
FCC Petersburg (Low)
P.O. Box 1000
Petersburg, VA 23804

Clerk of the Court
United States District Court
For the Western District
of Pennsylvania
Erie, PA Division
17 South Park Row
Erie, PA 16501