William Alston
#07373-016
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804



Clerk of Court
P.O. Box 1820
Erie, PA 16507
U.S. District Court,
Erie