RICHARD

18 APR

William Alston
No.#07273-016
Fg. Petersburg(Low)
P.O. Box 1000
etersburg,VA 23804

Clerk's Office Dist
United States Distri
Western Park
17 South Park
Erie,PA 16501

16501#11E3 CO2i

RECEIVED

APR 21 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

[ Legal Mail ]