United States District Court
Western District of Pennsylvania
Erie Division

**FILED**
AUG 13 2008
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

William Alston;
Lance Bishop Steglich;
Jonathan Lee Riches;
Brian Peter Zater,
Plaintiffs

CASE NO: 05-168 ERIE

Motion For Reconsideration

v.

Debra Forsyth, et al,
Defendants

---

## Motion For Reconsideration
## Motion to Intervene as Plaintiffs under Fed R. Civ P rule 24(A)2
## Motion for Joinder Party Intervention under rule 20 & 23

Comes now the Plaintiffs, Lance Bishop Steglich, Jonathan Lee Riches, and Brian Peter Zater, in pro-se, moves this court to intervene as Plaintiffs under Fed R. Civ P rule 24(A)2 - as a matter of right in this case against the defendants and the unicor program. Unicor practices unsafe labor for inmates, fails to pay min wage at FPC Waymart, FCI Williamsburg, and USP Coleman. Plaintiffs have more constitutional violations to submit that defendants are inflicting on them, and Plaintiffs move for Joinder Party intervention under rule 20 & 23 to support Alston's claims. Plaintiffs health and safety from defendants practices are in danger. Plaintiffs move to intervene in this case with a motion for reconsideration to submit newly discovered evidence. Plaintiffs pray this court will grant their motions for relief. respectfully,

_Lance B. Steglich_
Lance Bishop Steglich
P.O. Box 200
Waymart, PA 18472

_signature_
8-9-08
Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

_signature_
Brian Peter Zater
P.O. Box 1033
Coleman, FL 33521

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
11 AUG 2008 PM 2 L

United States District Court
Western District of Pennsylvania
Clerk of Court
U.S. Courthouse
17 South Park Row
Erie, Pennsylvania 16501