# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

William Harrison Alston )
)
)
Plaintiff )
vs. )   No.   CA 05-168 Erie
Debra Forsyth, et al )
)
)
Defendants )

HEARING ON   August 21, 2008   Status Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

William Harrison Alston, pro se          Michael C. Colville, Esq., AUSA
                                         Doug Goldring, Esq, BoP

Appear for Plaintiff                     Appear for Defendant

Hearing Begun   11:10 am                 Hearing Adjourned to

Hearing concluded C.A.V.   11:30 am      Stenographer   Janis Ferguson
                                         CD:          Index:

**WITNESSES**

For Plaintiff                            For Defendant

Motion for reconsideration and to intervene (Document #48) is denied.

Discovery deadline - December 1, 2008

Status conference will be held December 4, 2008 @ 10:00 am