UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE WILLIAM ALSTON, )
    Plaintiff )
 )
v. ) Civil Action No. 05-168E
 )
DEBRA FORSYTH, et al., )
    Respondant )
 )

### MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff William Alston, pursuant to 1915 requests this court to appoint counsel to represent him in this case for the following reasons:

1) The plaintiff is unable to afford counsel

2) The issues involved in this case are complex

3) The plaintiff has limited access to the law library

4) The plaintiff has very limited knowledge of the law

I swear under the penalty of perjury that the foregoing statements are true.

Dated: August 21, 2008

Respectfully Submitted,

[signature]

Mr. William Alston
#07273-016
FCC Petersburg(Low)
P.O. Box 1000
Petersburg, VA 23804

cc: AUSA Michael C. Colville

FILED
AUG 27 2008
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE WILLIAM ALSTON,
    Plaintiff

v.                                                          Civil Action No. 05-168E

DEBRA FORSYTH, et al.,
    Respondant

### AFFIDAVIT IN SUPPORT OF THE PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL

1) I am the plaintiff in the above entitled case. I make this affidavit in support of my motion for the appointment of counsel

2) This is a complex case because it contains several different legal claims

3) The case involves medical issues that may require expert testimony

4) The plaintiff has demanded a jury trial

5) The case will require discovery of documents and depositions of a number of witnesses

6) The testimony will be in sharp conflict since the plaintiff alleges that the defendant's actions caused harm while the defendants assert they did not

7) The plaintiff has only a high school education and has no legal education

I swear under penalty of perjury that the foregoing statements are true and accurate to the best of my knowledge

Dated: August 21, 2008

                                                                                             Respectfully Submitted,

                                                                                       /s/ William Alston
                                                                                        Mr. William Alston
                                                                                        #07273-016
                                                                                        FCC Petersburg(Low)
                                                                                        P.O. Box 1000
                                                                                        Petersburg, VA 23804

cc: AUSA Michael C. Colville

### CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Affidavit In Support Of The Plaintiff's Motion For The Appointment Of Counsel to be mailed to:

CLERK OF THE COURT
United States District Court
Western District of Pennsylvania
17 Sout Park Row, Room A280
Erie, PA 16501

UNITED STATES ATTORNEY OFFICE
U.S. Post Office & CtHse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219

Dated: August 21, 2008

Respectfully Submitted,

*William Alsk* (signature)

Mr. William Alston
#07273-016
FCC Petersburg(Low)
P.O. Box 1000
Petersburg, VA 23804