RE: Alston v Forsyth, et al  
Civil Action No. 05-168E

8/21/08

Dear Clerk,

Please file this motion for the appointment of counsel at your earliest convenience.

Also I had a telephone conference today 8/21/08 with the Honorable Judge Baxter, A.U.S.A. Michael Coleville and I believe Douglas Ring. I respectfully ask that I be forwarded a copy of the transcript of this hearing so that I fully understand Magistrate Judge Baxter's instructions.

Thanking you in advance

Respectfully  
William Alston  
#07273-016

CC  
A.U.S.A. Michael Colville

Mr. William Alston
#07273-016
FCC Petersburg(Low)
P.O. Box 1000
Petersburg, VA 23804

RICHMOND VA 232
25 AUG 2008 PM 1 T

**RECEIVED**

AUG 27 2008

CLERK U.S DISTRICT COURT
WEST DIST OF PENNSYLVANIA

CLERK OF THE COURT
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA 16501

16501+1163