August 29, 2008

Mr. William Alston
# 07273-016
FCC Petersburg(Low)
P.O. Box 1000
Petersburg, VA 23804

RE: CHANGE OF ADDRESS / ALSTON V. FORSYTH, et al, CIVIL ACTION 05-168E

Dear Clerk:

Please note my change of address as I will be released from FCC Petersburg(Low) September 2nd 2008, my release address:

> William Alston
> 1233 Half Street S.W.
> Washington, DC 20004

Thanking you in advance.

Respectfully,

*William Alston*

Mr. William Alston

cc/ A.U.S.A. Michael Colville

RECEIVED

SEP - 4 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Mr. William Alston
#07273-016
FCC Petersburg(Low)
P.O. Box 1000
Petersburg, VA 23804

RECEIVED
SEP 4 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW
ERIE, PA 16501

RICHMOND VA 232
02 SEP 2008 PM 4 T

