IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ALSTON, )<br>          Plaintiff )<br>   v. )<br>           )<br>DEBRA FORSYTH, et al., )<br>          Defendants. ) | C.A. No. 05-168 Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## **ORDER**

      On August 27, 2008, Plaintiff filed a letter motion requesting a copy of the transcript of this Court's telephone hearing on August 21, 2008. [Document # 51]. The Court notes that transcripts of status conferences are generally not filed with the Clerk's office and, in any event, must be obtained directly from the court reporter who transcribed the proceedings. Plaintiff is advised that he is not entitled to receive copies of court records free of charge, as all civil complainants are required to pay for all such costs. If Plaintiff wishes to obtain a transcript of the proceedings, at his own cost, he is directed to contact the court reporter directly.

      AND NOW, this 4th day of September, 2008;

      IT IS HEREBY ORDERED that Plaintiff's letter motion requesting a copy of the transcript of this Court's telephone hearing on August 21, 2008 [Document # 51] is DENIED.

      IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                                            S/Susan Paradise Baxter
                                                            SUSAN PARADISE BAXTER
                                                             Chief U.S. Magistrate Judge