IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HARRISON ALSTON, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05-cv-168-SJM-SPB |
| v. ) | |
| ) | |
| DEBRA FORSYTH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Plaintiff's civil rights complaint was received by the Clerk of Court on May 27, 2005 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's most recent Report and Recommendation, filed on August 8, 2011 [89], recommends that the case be dismissed for Plaintiff's failure to prosecute. Plaintiff was allowed fourteen (14) days from the date of service in which to file objections. Service was made on Plaintiff by certified mail at his last known address of record. No objections to the Report and Recommendation have been filed to date. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 4th Day of October, 2011;

IT IS ORDERED that the instant case shall be, and hereby is, DISMISSED for Plaintiff's failure to prosecute.

The Report and Recommendation of Magistrate Judge Baxter, filed on August 8, 2011 [89] is adopted as the opinion of this Court.

                                                s/       <u>Sean J. McLaughlin</u>

                                                         Sean J. McLaughlin
                                                         United States District Judge

cc:    U.S. Magistrate Judge Baxter

       Michael C. Colville, Esq.

       WILLIAM HARRISON ALSTON
       1233 HALF STREET SW
       WASHINGTON, DC 20004